**IT IS ORDERED as set forth below:**

**Date: October 27, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Sylathia Hendrix<br><br>**Debtor**. | CASE NO. 23-50989-sms<br>CHAPTER 13<br><br>Judge Sage M. Sigler |
| Progress Residential Borrower 6, LLC<br><br>**Movant**<br><br>v.<br><br>Sylathia Hendrix, Debtor(s);<br>Chantel Harrison, Codebtor(s); and<br>K. Edward Safir, Trustee<br><br>**Respondents**. | CONTESTED MATTER |

**ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE**

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 41], as filed on September 22, 2026. A hearing was scheduled for Movant's Motion on October

20, 2026. Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as announced prior to said hearing on the Motion.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement ated December 18, 2025, at a rate of $2,070.00 per month, plus utilities as-incurred and fees accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Sylathia Hendrix and Chantel Harrison, relative to certain property known as 3464 Sandstone Trl, Conyers, GA 30013, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent in the amount of $ 5,081.76, including a post-filing default for failure to pay rent for the month(s) of August and September 2026; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the post-petition arrearage through October 2026 totals $2,378.01, representing rent, plus utilities as-incurred and fees accruing thereunder. This arrearage shall be paid as follows: in full by October 22, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's office, located at 7500 N. Dobson Rd, Ste 121, Scottsdale AZ 85256

or to such address as may be later designated in writing. Failure to tender the above-described payment shall entitle Movant to an order lifting the stay to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due thereunder beginning November 1, 2026. Should Debtor default on the payments of the payments referenced above and/or the regular rental payments which come due according to the Lease through December 31, 2026, then upon notice of default sent by first class mail to Debtor to the respective addresses that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of receipt of such notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) without further notice or hearing.

[**END OF DOCUMENT**]

Consented to by:

/s/ Matthew F. Totten
Matthew F. Totten
GA Bar No. 798589
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Attorney for Movant*

Consented to by:

_/s/ Brian Shockley (w/ exp perm)______
Brian Shockley
GA Bar No. 643752
Clark & Washington, LLC
Bldg. 3, 3300 Northeast Expwy.
Atlanta, GA 30341
*Attorneys for Debtor*

Seen and No Opposition:

_/s/ Albert C. Guthrie (w/ exp perm)______
Albert C. Guthrie
GA Bar No. 142399
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 3030

Distribution List:

Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
*Trustee*

Sylathia Hendrix, Debtor
3464 Sandstone Trl
Conyers, GA 30013

Chantel Harrison, Codebtor
3464 Sandstone Trl
Conyers, GA 30013

United States Bankruptcy Court
Northern District of Georgia

In re:
Sylathia Hendrix
Debtor

Case No. 23-50989-sms
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9 | User: bncadmin | Page 1 of 1
Date Rcvd: Oct 28, 2026 | Form ID: pdf401 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sylathia Hendrix, 3464 Sandstone Trail SE, Conyers, GA 30013-2258 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Chantel Harrison, &line_sep;Codebtor&line_sep;3464 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Sylathia Hendrix cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 6 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

TOTAL: 3